UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO. 1:17-cv-00197-EPG<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO FILE OPENING BRIEF**<br><br>(ECF No. 13) |

On October 6, 2017, the parties filed a stipulation to extend Plaintiff's time to file her opening brief by 28 days. (ECF No. 13.) This is the parties' first request for an extension. Accordingly, based on the stipulation of the parties, Plaintiff's time to serve her opening brief is extended by 28 days. All subsequent deadlines set forth in the Court's Scheduling Order, (ECF No. 5-1), are also extended by 28 days.

IT IS SO ORDERED.

　　Dated:　**October 11, 2017**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1